## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## (TAMPA, FLORIDA)

| | |
|---|---|
| JASENIA VALENTIN, MICHELLE DICORTE And SHARESSE BUNN 7359 Acorn Circle Spring Hill, Florida 34606 *On Behalf of Themselves and All Other Similarly Situated Individuals* PLAINTIFFS, v. GOODFELLOWS OF PASCO COUNTY, INC. d/b/a BRASS FLAMINGO DEFENDANT. | * * * * * * * * * * * * * * * * * Case No.: 8:21-cv-190 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING CIVIL COVER SHEET

The undersigned gives notice of filing the Civil Cover Sheet required with the initial filing of the above styled action.

Respectfully submitted,

Dated: January 26, 2021

/s/ David B. Sacks_____
David B. Sacks, FL Bar No. 964409
Law Office of David B. Sacks
P.O. Box 50159
Jacksonville, Florida 32240
(904) 634-1122(ph)
Email:  david@lawofficejacksonville.com

Gregg C. Greenberg, MD Fed. Bar No. 17291
*To be Admitted Pro Hac Vice*
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
Email:  GGreenberg@ZAGFirm.com

*Counsel for Plaintiffs and the Class / Collective*